```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
TUCKER,
                              **Plaintiff,**

    -against-                                    **18-cv-5135 (ALC)**

                                          **ORDER**
CARLO'S BAKERY HOBOKEN LLC,

                              **Defendant.**
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      By Notice of Settlement dated October 24, 2018, the Parties informed the Court that a settlement had been or would be reached in this action.  ECF No. 12. The Parties indicated that they would file a Stipulation of Dismissal with Prejudice once the agreement was executed and the required consideration had been exchanged.  The docket sheet maintained by the Clerk of Court for this action does not reflect that the parties have filed such Stipulation.  The Court therefore ORDERS the Parties to file a joint status report by July 2, 2020.

**SO ORDERED.**

**Dated:**       **New York, New York**
                 **June 4, 2020**

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**