| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK**<br>------------------------------------------------------------x<br>**TUCKER,** *on behalf of himself and all others similarly situated*,<br>               **Plaintiff,**<br><br>       v.<br><br>**CARLO'S BAKERY HOBOKEN LLC,**<br><br>               **Defendant.**<br>------------------------------------------------------------x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 9/18/2020<br><br>**1:18-cv-05135-ALC**<br>**ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

The Court hereby schedules a telephonic status conference in this matter at October 6, 2020 at 10:00 a.m. Participants are directed to contact the Court at that date and time at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**
Dated: September 18, 2020
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**