```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TUCKER, on behalf of himself and all others     :
similarly situated,                              :
                            Plaintiff,           :
                                                 :    1:18-cv-05135-ALC
           v.                                    :    ORDER
                                                 :
CARLO'S BAKERY HOBOKEN LLC,                      :
                                                 :
                            Defendant.           :
                                                 :
-------------------------------------------------------------:
                                                 : x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/29/2020

**ANDREW L. CARTER, JR., District Judge:**

On October 6, 2020, the Court issued an order granting a request by Daniella Adler to withdraw as counsel to Defendant Carlo's Bakery Hoboken LLC and ordering Defendant to show cause why it should not be deemed in default as a corporation unrepresented by counsel before this Court. ECF No. 21. The October 6, 2020 Order indicated that Defendant could respond or else appear through counsel by October 26, 2020. Defendant has not made any response or appeared through counsel. This Court therefore concludes Defendant is in default.

Accordingly, Plaintiff is ORDERED to file a motion for default judgment by November 12, 2020. Plaintiff is also ordered to serve this Order on Defendant and file proof of service by the same day.

**SO ORDERED.**
**Dated: October 29, 2020**
        **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**