**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HENRY TUCKER, on behalf of himself and all others similarly situated, | Case No.  1:18-cv-05135-ALC |
| Plaintiffs, | |
| -against- | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| CARLO'S BAKERY HOBOKEN LLC | |
| Defendant. | |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
          November 24, 2020

Respectfully submitted,

By: /s/ *Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*